UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00047 |
| | ) | JUDGE CAMPBELL |
| KENNETH L. RICHARDSON | ) | |

ORDER

Pending before the Court is the Government's Motion For Continuance Of Sentencing Hearing (Docket No. 43). Through the Motion, the Government seeks to continue the sentencing hearing, currently set for April 2, 2013, for thirty days because the parties are engaging in discussions relating to sentencing issues.

The Motion is GRANTED. Accordingly, the sentencing hearing is CONTINUED until May 2, 2013, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE