UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00047 |
| | ) | JUDGE CAMPBELL |
| KENNETH L. RICHARDSON | ) | |

## ORDER

The Court held a hearing on August 2, 2013, wherein the parties requested a continuance of the sentencing hearing. The Court granted the request.

The sentencing hearing currently scheduled for August 2, 2013, is RESCHEDULED for September 23, 2013, at 11:30 a.m.

Any supplemental filings shall be filed by September 16, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE